UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EXPANDED OPTIONS L.P., IRA STIER and EILEEN STIER,<br><br>        Plaintiffs,<br><br>v.<br><br>DCG / UGOC EQUITY FUND, LLC; THE UNITED GROUP OF COMPANIES, INC; DCG FUNDS MANAGEMENT, LLC; MICHAEL J. UCCELLINI and JESSICA F. STEFFENSEN as Executor and Executrix, Respectively, of the ESTATE OF WALTER F. UCCELLINI; and MICHAEL J. UCCELLINI.<br><br>        Defendants. | Case No. 16-cv-9665<br><br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiffs

hereby give notice that the above captioned action is voluntarily dismissed, without prejudice

against the defendants.

Dated: February 24, 2017          Respectfully submitted,
        Stamford, Connecticut
                                 GORA LLC


                                 By: /s/ Richard S. Gora
                                     Richard S. Gora
                                     Gora LLC
                                     9 West Broad St., Suite 550
                                     Stamford, CT 06902
                                     Tel.: 203-424-8021
                                     Fax: 203-549-0410
                                     Email: Rich@goralaw.com